HELEN FUMIKO ARAKAKI, Libellant-Appellee,
*v.* BRUCE YOSHIO ARAKAKI, Libellee-Appellant

No. 5214

MARCH 2, 1973

RICHARDSON, C. J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing filed herein is hereby denied without argument.

*W. Patrick O'Connor* (*A. William Barlow* with him on the petition) for libellant-appellee

*George K. Noguchi* for libellee-appellant